IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VETO M. SULLA MANGO )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ENIANA, INC., et al., )<br>      Defendants. ) | Civil Action No. 1:20-cv-409 |

### ORDER

The matter is before the Court following a *sua sponte* review of the record. On July 17, 2019, an order was entered warning plaintiff, who is represented by counsel, that he must perfect service on defendants and file valid proofs of service by July 29, 2020 or this case would be dismissed. Despite this warning and additional time to serve defendants, plaintiff has failed to file any proofs of service indicating that the defendants have been served.

Accordingly, and for good cause,

It is hereby **ORDERED** that plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Fed. R. Civ. P.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
August 3, 2020

                                                                     T. S. Ellis, III
                                                                   United States District Judge